# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135655 & (13)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEMOND LAMAR MCDONALD,
     Defendant-Appellant.

SC: 135655
COA: 281749
Kalamazoo CC: 06-002397-FH;
   07-000044-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317